# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 488 |
| | : | |
| ORDER AMENDING RULES 531 AND | : | CRIMINAL PROCEDURAL RULES |
| 536 OF THE PENNSYLVANIA RULES OF | : | |
| CRIMINAL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## DISSENTING STATEMENT

**JUSTICE DONOHUE**

Pursuant to Article V, Section 10 of the Pennsylvania Constitution, I would suspend portions of 42 Pa.C.S. § 5747.1(a) and 42 Pa.C.S. § 5747.1(b)(1), which the Criminal Procedural Rules Committee identified as procedural in nature. To the extent the amendment to Rule 536 incorporates those provisions, I respectfully dissent.